

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELA BINGHAM, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No.: 2:13-cv-07097-JHS ) |
| GC SERVICES, LP | ) ) |
| Defendant | ) |

## ORDER

Counsel having report to the court that this action has been settled, and pursuant to the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated. This court retains jurisdiction for purposes of enforcing the settlement agreement.

*Joel Hornsby*
United States District Judge

Dated: June 3, 2014

FILED
MICHAEL KUNZ, Clerk
By ___ Dep. Clerk

ENTERED
JUN 0 3 2014
CLERK OF COURT